IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.L., A MINOR, BY AND THROUGH HIS PARENTS, K.L. and K.L, : : : Plaintiffs, : : v. : : LOWER MERION SCHOOL DISTRICT, : : Defendant. : | CIVIL ACTION  NO. 15-0885 |

## ORDER

**AND NOW**, this  *17th*  day of *November*, 2015, upon consideration of Defendant Lower Merion School District's Motion to Exclude Plaintiffs' Proposed Additional Evidence (Docket No. 10), and the Response by Plaintiffs T.L., K.L., and K.L. (Docket No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.  Plaintiffs' Proposed Additional Exhibits 1 and 2, as attached to their Notice to the Clerk (Docket No. 9), are admitted.

It is so **ORDERED**.

BY THE COURT:

   *s/ Ronald L. Buckwalter*   
RONALD L. BUCKWALTER, S.J.