# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.L., a Minor, By and Through His Parents and Guardians, K.L. and K.L., et al., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 15-0885 |
| LOWER MERION SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __20th__ day of June, 2016, upon consideration of Plaintiffs' Complaint (Doc. 1), Defendant's Answer to the Complaint (Doc. 6), Plaintiffs' Motion for Judgment on the Administrative Record (Doc. 12), Defendant's Response in Opposition (Doc. 13), Plaintiffs' Reply (Doc. 14), Defendant's Sur-Reply (Doc. 15), Plaintiffs' Additional Exhibits 1 and 2 (Doc. 18), and the record of this case, **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated June 20, 2016.